IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-322-2-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| JOSEPH OSCAR PRICE, | ) |
| | ) |
| Petitioner | ) |

The Motion to Release Sealed Material to the Printer filed by the Defendant, to wit the pre-sentence report and Statement of Reasons, is hereby ALLOWED.

This the 16" day of January, 2011.

The Honorable Louise W. Flanagan
Chief United States District Court Judge
Eastern District North Carolina