UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:09-CR-322-FL-2
Civil No. 5:16-CV-354-FL


JOSEPH OSCAR PRICE,                    )
                                       )
                      Petitioner,      )
                                       )                    ORDER
        v.                             )
                                       )
UNITED STATES OF AMERICA,              )
                                       )
                      Respondent.      )


    Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-

captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the

filing of this order.

    SO ORDERED, this the 9th day of June, 2016.

                                        _____
                                        Louise W. Flanagan
                                        United States District Judge